

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-53,354-04

### EX PARTE ROBERT ALLEN GILMORE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 23784A-422 IN THE 422nd DISTRICT COURT
### FROM KAUFMAN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to forty years' imprisonment. No direct appeal was taken.

Applicant contends that prison officials are failing to credit him with all the pre-sentence jail time awarded in his judgment. Based upon the record and the trial court's findings of fact and conclusions of law after remand, we deny relief. We also order the judgment reformed to reflect

that Applicant is awarded time credit from September 8, 2004 to September 10, 2004.[1]

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Filed: December 23, 2015
Do not publish

---

[1] We would remind the trial court that typographical errors on a judgment may be corrected through a judgment *nunc pro tunc*.